■ IDA M. GUINN, Appellant, v. ABRAHAM KURLAND, Respondent.— In an action to recover damages for the alleged breach, by the vendee, of a contract to purchase real property, the appeal is from that part of a judgment which dismissed the complaint, after trial. Judgment, insofar as appealed from, unanimously affirmed, without costs. In our opinion, the writing was merely a note or memorandum of a contract, and evidence was, therefore, admissible

to show that the memorandum was incomplete. (*Mesibov, Glinert & Levy* v. *Cohen Bros. Mfg. Co.,* 245 N. Y. 305, 313.) Special Term was justified in holding that the memorandum was incomplete with respect to the question of possession of the first-floor apartment, which was a material element in this transaction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.